UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OMAR A. MERCER,

    Petitioner,

v.                                  4:19cv159–WS/HTC

MARK INCH,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF. No. 16) docketed February 6, 2020. The magistrate judge recommends that Petitioner's motion to dismiss his habeas petition be granted and that this action be dismissed without prejudice. No objections to the report and recommendation have been filed.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 16) is ADOPTED and incorporated into this order by reference.

2. Petitioner's motion (ECF No. 15) to dismiss is GRANTED.

3. Petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED WITHOUT PREJUDICE.

4. The clerk shall enter judgment stating: "All claims are DISMISSED WITHOUT PREJUDICE."

DONE AND ORDERED this __20th__ day of ___February___, 2020.


                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE